IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Pearline White, ) | C.A. #2:15-2761-PMD-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| South Carolina Department of Health ) | |
| and Environmental Control, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  This matter is before the court upon the magistrate judge's recommendation that defendant's motion for judgment on the pleadings be granted as to plaintiff's claim under the Age Discrimination in Employment Act (ADEA) . The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Civil Rule 73.02(B)(2)(g) and 28 U.S.C. § 636(b)(1)(A) and (B).

  This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

  A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that the defendant's motion for judgment on the pleadings is granted as to plaintiff's claim under the ADEA, and since plaintiff has agreed to dismiss her § 1981 cause of action as well as any Title VII claims she may have alleged based upon events that occurred prior to October 7, 2012, those claims are also dismissed.

  **ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

*[signature]*
PATRICK MICHAEL DUFFY
United States District Judge

May 3, 2016
Charleston, South Carolina